UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SOUTH GATE and Does 1-10, Inclusive,<br><br>　　　　Defendants. | Case: 2:15-CV-01980-R-E<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 17, 2016　　　_____
　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　　　　　　　Case: 2:15-CV-01980-R-E